[No. 8222-5-II. Division Two. February 17, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. EILEEN McFADDEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00488-8, J. Kelley Arnold, J., entered September 21, 1984. *Reversed* by unpublished opinion per Day, J. Pro Tem., concurred in by Pearson and Wieland, JJ. Pro Tem.

[No. 8615-8-II. Division Two. February 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL GRAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00612-1, Waldo F. Stone, J., entered February 7, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Pearson and Williams, JJ. Pro Tem.

[No. 8438-4-II. Division Two. February 17, 1987.]

RALPH G. HOPPER, ET AL, *Appellants,* v. PATRICK DONAHUE, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-01709-8, Thomas R. Sauriol, J., entered December 21, 1984. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Hamilton and Velie, JJ. Pro Tem.